# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2962
_____

CHARLES DAWSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Proceedings.


May 27, 2026


PER CURIAM.

DENIED.

ROWE, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Charles Dawson, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.